matter of public concern. Because Brown cannot establish that he was speaking on a matter of public concern, the inquiry ends here. *See Brochu*, 304 F.3d at 1157. Accordingly, we affirm the district court's determination that OCSB did not violate Brown's First Amendment right to free speech.

### Conclusion

For the aforementioned reasons, we affirm the district court's grant of summary judgment in favor of OCSB.

**AFFIRMED.**

Before PRYOR, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Cynthia J. Hernandez, appointed counsel for appellant Misael Paredes in this direct criminal appeal, has moved to withdraw from further representation of Paredes and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of this appeal is correct. Because independent reexamination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Paredes's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Misael PAREDES, Defendant–**
**Appellant.**

**No. 09–15097**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2012.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Cynthia Judith Hernandez, Tampa, FL, for Defendant–Appellant.

**Charlene SHOCKLEY, Plaintiff–**
**Appellant,**

v.

**EMC MORTGAGE CORPORATION, EMC, Mortgage Electronic Registration Systems, Inc., MERS, Home Banc Mortgage Corporation, Federal National Mortgage Association, Defendants–Appellees.**

**No. 11–15090**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2012.

Jamie Scaringi–Cherry, Scaringi–Cherry Law Office, Marietta, GA, for Plaintiff–Appellant.